EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 6 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>AARON T. TANAKA,<br><br>                Defendant. | CR. NO. CR04 00380 DAE<br><br>INDICTMENT<br><br>18 U.S.C. §§ 922(g)(3)<br>  & 924(a)(2) |

### INDICTMENT

(18 U.S.C. §§ 922(g)(3) & 924(a)(2))

The Grand Jury charges that:

On or about September 18, 2004, in the District of Hawaii, the defendant AARON T. TANAKA, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess in and affecting commerce a firearm and ammunition, to wit, a Sport King, Model P100, .22 caliber rifle with no serial number that was loaded with eight rounds of .22 caliber ammunition, with the firearm and

the ammunition having been manufactured outside the State of Hawaii and transported at some point in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### Sentencing Allegations

1) With respect to section 2K2.1(b)(5) of the United States Sentencing Guidelines, the defendant AARON T. TANAKA possessed the firearm and ammunition in connection with two other felony offenses, that is, the Promotion of Dangerous Drugs III, in violation of Hawaii Revised Statutes Section 712-1243 and Prohibited Acts Related to Drug Paraphernalia, in violation of Hawaii Revised Statutes Section 329-43.5; and

2) With respect to section 2K2.1(b)(4) of the United States Sentencing Guidelines, the firearm had an obliterated serial number.

DATED: October 6, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. AARON T. TANAKA
Cr. No.        (Indictment)

2