# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 04-00380DAE |
| CASE NAME: | USA v. Aaron T. Tanaka |
| ATTYS FOR PLA: | Marshall Silverberg |
| ATTYS FOR DEFT: | Shanlyn A.S. Park |
| USPO: | Neil Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/17/2006 | TIME: | 1:30pm-2:00pm |

COURT ACTION:  EP:  Sentencing to Count 1 of the Indictment as to Defendant Aaron T. Tanaka.

Defendant Aaron T. Tanaka present, not in custody.

The Memorandum Plea Agreement is accepted

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant Aaron T. Tanaka.

SENTENCE:

Imprisonment:   5 MONTHS

Supervised Release:   3 YEARS

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

6. Defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. Defendant shall execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. That the defendant serve 5 months of home detention with electronic monitoring as arranged by the Probation Office. During this time, the defendant shall remain at his place of residence during non-working hours and shall not leave his residence without the approval of the Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office. The defendant shall be permitted to work between 6:00 a.m. and 4:30 p.m. The defendant shall be permitted to attend church services between 8:00 a.m. and 3:00 p.m. on Sundays. He shall also be permitted to go to medical appointments as needed. The defendant also will be responsible for the payment of 50 percent of the electronic monitoring costs as directed by the Probation Office.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: FDC Honolulu.

Defendant advised of his right to appeal.

Mittimus is stayed until 3/6/2006. Defendant to self-surrender @2:00 p.m. on 3/6/2006 at the FDC Honolulu. The time is the time at the facility.

Submitted by: Theresa Lam, Courtroom Manager