AO 442 (Rev. 3/99) Warrant for Arrest

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 13 2006

at 2 o'clock and 20 min. P M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA

V.

AARON T. TANAKA

**WARRANT FOR ARREST**

CR 04-380 DAE

CASE NUMBER: 04-628 LEK

To: The United State Marshal,
any Authorized United States Officer, and any City & County of Hawaii Police Officer

YOU ARE HEREBY COMMANDED to arrest    AARON T. TANAKA

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

BEING AN UNLAWFUL USER OF A CONTROLLED SUBSTANCE IN POSSESSION OF A FIREARM

in violation of Title 18 United States Code, Section(s) 922(g)(3).

| | |
|---|---|
| LESLIE E. KOBAYASHI | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Leslie E. Kobayashi | September 24, 2004    Honolulu, HI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ TO BE DETERMINED

LESLIE E. KOBAYASHI, United States Magistrate Judge
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 9/24/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 19/05 | | |

SEALED BY ORDER OF THE COURT